UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,         )
                                  )
            Plaintiff,            )
                                  )
                                  )   CASE NO. 08-39-GMS
       vs.                        )
                                  )
   George Schiny                  )
                                  )
                                  )
            Defendant.            )

### O R D E R

The defendant, upon entering a plea of not guilty to the Indictment on 3/20/2008 requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until April 20, 2008 The time between the date of this order and April 20, 2008 shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**Honorable Leonard P. Stark**
　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge


cc: Defense Counsel
    United States Attorney