IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 08-39 GMS |
| | ) | |
| GEORGE SETTING | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF HEARING**

IT IS HEREBY ORDERED that the pretrial conference regarding the above-captioned defendant is RESCHEDULED, in chambers, to **Thursday, September 11, 2008, at 11:00 a.m.** before the Honorable Gregory M. Sleet, Chief, United States District Judge, United States Courthouse, 844 N. King Street, Wilmington, DE.

July 30, 2008                                               /s/ Gregory M. Sleet
                                                            CHIEF, UNITED STATES DISTRICT JUDGE