

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

---

*Nemours Building*  (302) 573-6277
*1007 Orange Street, Suite 700*  *FAX (302) 573-6220*
*P.O. Box 2046*
*Wilmington, Delaware 19899-2046*

September 4, 2008

**VIA CM/ECF**
The Honorable Gregory M. Sleet
Chief United States District Judge
District of Delaware
844 King Street
Wilmington, DE 19801

    Re: **United States v. George Setting**
          **Crim. Action No. 08-39-GMS**

Dear Chief Judge Sleet:

    In accordance with the Court's Scheduling Order, joint jury instructions are due to be filed today in advance of the pre-trial conference scheduled for September 11, 2008, in the above-matter. As we are in active plea discussions, the parties respectfully request an extension of time for filing these instructions, if necessary, until September 9, 2008.

                          Respectfully submitted,

                          COLM F. CONNOLLY
                        United States Attorney

BY: _____
       Lesley F. Wolf
       Assistant United States Attorney

       _____
       John P. Deckers, Esq.
       Counsel for the Defendant